UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, et al., <br><br> Defendants. | Case No. 16-cv-07316-JSW <br><br> **ORDER TO SHOW CAUSE RE PRO HAC VICE APPLICATION OF CHRISTOPHER P. BEALL, ESQ.** <br><br> Re: Dkt. No. 17 |

Christopher P. Beall, Esq., has filed an application for admission *pro hac vice*. This Court's Civil Local Rule 11-3(b) provides:

> **Disqualification from *Pro Hac Vice* Appearance.** Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice *pro hac vice* if the applicant:
>
> (1) Resides in the State of California; or
>
> (2) Is regularly engaged in the practice of law in the State of California.
>
> This disqualification shall not be applicable if the *pro hac vice* applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and (iii) has officially registered to take or is awaiting his or her results from the California State Bar exam.

N.D. Cal. Civil L.R. 11-3(b).

With regard to whether Mr. Beall is regularly engaged in the practice of law in the State of California, a search of this Court's electronic filing system indicates that Mr. Beall is listed as an attorney in 7 cases, including this case, filed in this Court between 2012 and the present. The Court does not know whether Mr. Beall practices in other federal or state courts in the State of

1 California.

2     Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE why the Court
3 should not deny Mr. Beall's application for admission *pro hac vice* pursuant to Civil Local Rule
4 11-3(b)(2).  *See generally Ang v. Bimbo Bakeries USA, Inc.*, No. 13-cv-01196-WHO, 2015 WL
5 1474866, \*\* 2-3 (N.D. Cal. Jan. 14, 2015) (overruling objections to *pro hac vice* application);
6 *Guguni v. Chertoff*, No. C-08-1850 JL, 2008 WL 2080788, \* 1 (N.D. Cal. 2008) (vacating order
7 granting application to appear *pro hac vice*).  In addition to the other issues Defendants may
8 address in response to this order, Defendants shall submit a declaration regarding Mr. Beall's
9 practice of law in other federal or state courts in the State of California.

10     By February 9, 2017, Defendants shall either file a response to this order to show cause or
11 withdraw Mr. Beall's *pro hac vice* application.  If Defendants elect to file a response to the order
12 to show cause, Plaintiff may respond to Defendants' filing by February 16, 2017.  By February 23,
13 2017, Defendants may file a reply to any response filed by Plaintiff.  The matter shall be submitted
14 upon the filing of Defendants' reply, unless the Court schedules a hearing.

15 **IT IS SO ORDERED.**

16 Dated: February 2, 2017

*[Signature]*
JEFFREY S. WHITE
United States District Judge